```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

MAMADOU OURY DIALLO                  *

      Petitioner,              *

vs.                                  *
                                       CASE NO. 4:12-CV-201 (CDL)
ERIC HOLDER, et al.,                 *

      Respondents.             *

## ORDER ON RECOMMENDATION OF DISMISSAL

     This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on November 29, 2012. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

     IT IS SO ORDERED, this 22th day of December, 2012.

                                                         s/Clay D. Land
                                                         CLAY D. LAND
                                                        UNITED STATES DISTRICT JUDGE